190 So. 109

**BOWLES v. STATE.**

**8 Div. 827.**

Court of Appeals of Alabama.
June 6, 1939.

Rehearing Denied June 20, 1939.

No attorney marked for appellant.

Thos. S. Lawson, Atty. Gen., for the State.

SAMFORD, Judge.

The evidence for the State tended to prove the corpus delicti and that the defendant was guilty as charged.

There are no exceptions reserved on the trial, and we find the record to be in all things regular.

There is no error in the record and the judgment is affirmed.

Affirmed.